

United States District Court
Eastern District of California

| JUDITH I. NAPOLEON, | Case Number: 2:21-CV-01259-TLN-AC |
|---|---|

Plaintiff(s)

V.

UNITED SERVICES AUTOMOBILE ASSOCIATION, ET AL.,

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David McDowell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: USAA Life Insurance Company.

On 11/04/1994 (date), I was admitted to practice and presently in good standing in the Texas Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

D.L. Markham, DDS, MSD, Inc. v. The Variable Annuity Life Insurnace Company (VALIC), et al., Case No. 2:21-cv-00007-TLN-KJN, applied on February 4, 2021, and approved on February 5, 2021.

Date: 07/23/2021        Signature of Applicant: /s/ David McDowell

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David McDowell |
| Law Firm Name: | McDowell Hetherington LLP |
| Address: | 1001 Fannin Street |
| | Suite 2700 |
| City: | Houston   State: TX   Zip: 77002 |
| Phone Number w/Area Code: | (713) 337-5580 |
| City and State of Residence: | Houston, Texas |
| Primary E-mail Address: | david.mcdowell@mhllp.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Catherine Baumgartner |
| Law Firm Name: | McDowell Hetherington LLP |
| Address: | 1 Kaiser Plaza |
| | Suite 340 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (510) 628-2145   Bar # 327062 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 07/27/21

_____
JUDGE, U.S. DISTRICT COURT

# EXHIBIT A

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 22, 2021

Re: Mr. David T. McDowell, State Bar Number 00791222

To Whom It May Concern:

This is to certify that Mr. David T. McDowell was licensed to practice law in Texas on November 04, 1994, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

Catherine J. Baumgartner No. 327062
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:    510.628.2145
Facsimile:    510.628.2146
Email:    catherine.baumgartner@mhllp.com

David T. McDowell Tx No. 0791222 *
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone:    713.337-5582
Facsimile:    713. 337-8842
Email:    david.mcdowell@mhllp.com
(*pro hac vice* appearance pending)

Attorneys for Defendant USAA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH I. NAPOLEON, an individual,, <br><br>    Plaintiff. <br><br> v. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION, a Reciprocal Interinsurance Exchange with members in every State; USAA LIFE INSURANCE COMPANY, a corporation and subsidiary of United States Automobile Association; AND does 1-100 inclusive, <br><br>    Defendants. | Case No. 2:21-CV-01259-TLN-AC <br><br> **PROOF OF SERVICE** <br><br> Complaint Filed: June 2, 2021 <br> Trial Date: None Set |

    I, **Wilma G. Cabrera**, declare that I was over 18 years of age and not a party to this action. I am employed by McDOWELL HETHERINGTON LLP. My business address is 1 Kaiser Plaza. Suite 340, Oakland, CA 94612. My business telephone number is (510) 628.2145; my business fax number is (510) 628-2146.

On July 23rd, 2021, I served the within: **SEE ATTACHED LIST** on the interested parties in said action by:

**[ ] BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be served, via electronic mail (e-mail), to the e-mail address of the addressee(s) so indicated.

**[ ] BY ELECTRONIC FILING:** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. Please see attached list of documents and recipients served. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

**[X] BY MAIL:** as follows:

**[ ] BY OVERNIGHT COURIER:** I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard FEDERAL EXPRESS overnight delivery procedures.

**[X]** By placing a copy thereof in a sealed envelope addressed as follows: **SEE ATTACHED LIST.**

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service via First Class Mail on that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 23rd, 2021, at Oakland, CA.

By: _____
Wilma Cabrera

Case No. 2:21-CV-01259-TLN-AC      2
PROOF OF SERVICE

**CERTIFICATE OF SERVICE**
Napoleon v. United Services, *et al.*
United States District Court, Eastern District of California Case No. 2:21-cv-01259-TLN-AC

## DOCUMENTS SERVED:

## DAVID MCDOWELL'S APPLICATION TO APPEAR PRO HAC VICE

## PARTIES SERVED:

| | |
|---|---|
| Ricardo Echeverria<br>Danica Crittenden<br>**SHERNOFF BIDART ECHEVERRIA LLP**<br>600 South Indian Hill Blvd.<br>Claremont, CA 91711<br>Tel: 909.621.4935<br>Fax: 909.625.6915<br>Email: recheverria@shernoff.com<br>Email: dcrittenden@shernoff.com | Attorneys for Plaintiff<br>JUDITH I. NAPOLEON |

**Case No.** 2:21-CV-01259-TLN-AC        3
PROOF OF SERVICE