RICARDO ECHEVERRIA #166049
recheverria@shernoff.com
DANICA CRITTENDEN #273309
dcrittenden@shernoff.com
**SHERNOFF BIDART ECHEVERRIA LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone: (909) 621-4935
Facsimile: (909) 625-6915

Attorneys for Plaintiff
JUDITH I. NAPOLEON

Catherine J. Baumgartner No. 327062
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:   catherine.baumgartner@mhllp.com

David T. McDowell Tx No. 0791222 *
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone:   713.337-5582
Facsimile:   713. 337-8842
Email:   david.mcdowell@mhllp.com
* (appearing *pro hac vice*)

Attorneys for Defendant
USAA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JUDITH I. NAPOLEON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, a Reciprocal Interinsurance Exchange with members in every State; USAA LIFE INSURANCE COMPANY, a corporation and subsidiary of United States Automobile Association; AND does 1-100 inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01259-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING ON MOTION TO REMAND TO STATE COURT**<br><br>Hon. Troy L. Nunley<br><br>**Complaint Filed:** June 2, 2021<br>**Notice of Removal Filed:** July 16, 2021<br>**Current Motion to Remand Hearing Date:** September 16, 2021<br>[Proposed Motion to Remand Hearing Date: September 30, 2021] |

Plaintiff Judith I. Napoleon and Defendant USAA Life Insurance Company, by and through their respective undersigned counsel, respectfully stipulate and agree, subject to the Court's approval, to continue the hearing on Plaintiff's Motion to Remand to State Court as follows:

WHEREAS, on June 2, 2021, Plaintiff filed a Complaint against Defendant asserting causes of action for (1) Breach of the Implied Covenant of Good Faith and Fair Dealing; (2) Breach of Contract (ECF Dkt. 1, Exhibit A);

WHEREAS, on July 16, 2021, Defendant timely removed the action to the U.S. District Court to the Eastern District of California (ECF Dkt. 1);

WHEREAS, Plaintiff filed a Motion to Remand ("the Motion") (ECF Dkt. No. 10) on August 16, 2021, which set the hearing on the Motion for September 16, 2021, at 2:00 p.m.;

WHEREAS, because Defendant requires additional time to fully brief its arguments in its Opposition to the Motion, the parties wish to continue the hearing on the Motion from September 16, 2021, at 2:00 p.m. to September 30, 2021, at 2:00 p.m.;

WHEREAS, pursuant to Local Rule 230(c), the parties wish to continue USAA Life Insurance Company's Opposition deadline from September 2, 2021, to September 16, 2021;

WHEREAS, pursuant to Local Rule 230(d), the parties wish to continue Plaintiff's Reply deadline from September 9, 2021, to September 23, 2021;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, that:

1. USAA Life Insurance Company's deadline to submit its Opposition to the Motion is September 16, 2021;

2. Plaintiff's deadline to submit their Reply in further support of the Motion is September 23, 2021; and

3. Plaintiff's Motion will be heard by the court will be heard on September 30, 2021, at 2:00 p.m.

| | | |
|---|---|---|
| 1 | Dated: August 19, 2021 | McDOWELL HETHERINGTON LLP |
| 2 | | |
| 3 | | By: /s/Catherine J. Baumgartner |
| | | Catherine J. Baumgartner |
| 4 | | David T. McDowell |
| 5 | | Attorneys for Defendant |
| | | USAA LIFE INSURANCE COMPANY |
| 6 | | |
| 7 | Dated: August 19. 2021 | SHERNOFF BIDART ECHEVARRIA LLP |
| 8 | | |
| 9 | | By: /s/ Danica Crittenden |
| | | Ricardo Echeverria |
| 10 | | Danica Crittenden |

Attorneys for Plaintiff
JUDITH I. NAPOLEON

# ORDER

Having fully considered the Joint Stipulation to Continue the Motion to Remand to State Court, and upon good cause appearing, IT IS HEREBY ORDERED that the dates and deadlines in this case are continued as follows:

| Event | Deadline |
|---|---|
| USAA Life Insurance Company's Opposition to Motion to Remand | September 16, 2021 |
| Plaintiff's Reply | September 23, 2021 |
| Hearing on Motion to Remand | September 30, 2021, at 2:00 p.m. |

**IT IS SO ORDERED.**

Dated:  August 19, 2021

_____
Troy L. Nunley
United States District Judge